Jonathan I. Nirenberg (JIN 032431998)
Rabner Baumgart Ben-Asher & Nirenberg, P.C.
52 Upper Montclair Plaza
Upper Montclair, New Jersey 07043-1391
Tel: (973) 744-4000
Fax: (973) 783-1524
JNirenberg@njemploymentlawfirm.com
Attorneys for Plaintiff Janice McCarthy

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANICE MCCARTHY,<br><br>    Plaintiff,<br><br>    v.<br><br>MUSCLEPHARM CORPORATION, RYAN DREXLER AND SABINA RIZVI,<br><br>    Defendants. | CIVIL ACTION NO. 2:22-cv-03412 (EP-CLW)<br><br>Civil Action<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, AS TO DEFENDANT MUSCLEPHARM CORPORATION ONLY** |

Pursuant to Federal Rule of Civil Procedure 41(1)(A)(i), Plaintiff Janice McCarthy hereby gives notice that she voluntarily dismisses, without prejudice, her pending claims against Defendant MusclePharm Corporation.  Defendant MusclePharm Corporation has not yet served an answer or a motion for summary judgment in this matter.

This Notice shall have no impact on Plaintiff's pending claims against Defendants Ryan Drexler and Sabina Rizvi, which shall remain pending.

Dated:  January 18, 2023                    /s Jonathan I. Nirenberg
                                                               Jonathan I. Nirenberg