**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JANICE MCCARTHY,

Plaintiff,

v.

MUSCLEPHARM CORPORATION,
RYAN DREXLER, and SABINA RIZVI,

Defendants.

Civil Action No. 22-3412 (EP) (CLW)

**ORDER**

Defendants having moved to dismiss Plaintiff's Complaint (D.E. 7), and the Court having reviewed the motion papers, opposition (D.E. 8), Defendant's reply (D.E. 9), and all other relevant documents on the Court's docket, and having determined that oral argument is not necessary to resolve this motion, and for good cause shown,

IT IS, on this **23rd** day of **January**, 2023,

**ORDERED** that Defendants' motion (D.E. 7) is **GRANTED**, and the Complaint is **DISMISSED** without prejudice; and it is further

**ORDERED** that Plaintiff is granted leave to amend within 30 days, and Plaintiff's failure to timely file an amended complaint will convert the dismissal without prejudice to dismissal with prejudice.

Evelyn Padin, U.S.D.J.