<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANICE MCCARTHY,<br><br>    Plaintiff,<br><br>    v.<br><br>MUSCLEPHARM CORPORATION, RYAN DREXLER, and SABINA RIZVI,<br><br>    Defendants. | Civil Action No. 22-3412 (EP) (CLW)<br><br>**ORDER** |

The Court granted Defendants' motion to dismiss, dismissed this matter without prejudice on January 23, 2023, and permitted Plaintiff 30 days to amend the complaint. D.E.s 13, 14. Plaintiff has failed to do so.

**IT IS**, therefore, on this 23rd day of February, 2023,

**ORDERED** that this action is hereby dismissed with prejudice. This shall be deemed a final order for purposes of Fed. R. Civ. P. 54.

Evelyn Padin, U.S.D.J.